No. 35. DAVIS *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.